

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                01-13-00124-CV

Style:                       Xenos Yuen and the Law Offices of Yuen & Associates, P.C.

                             **v** Hung Ho and H.L.L.S.

Date motion filed*:          February 21, 2013

Type of motion:             Motion for Clarification Regarding Timing of Payment of Filing Fee

Party filing motion:        Appellants

Document to be filed:

Is appeal accelerated?      No

If motion to extend time:
     Original due date:
     Number of previous extensions granted:       Current Due date:
     Date Requested:

Ordered that motion is:

    ☐      Granted

           If document is to be filed, document due:

           ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐      Denied

    ☐      Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

    ☑      Other: _____

    **This case is stayed pursuant to Texas Rule of Appellate Procedure 8.2.  Accordingly, this motion will be carried with the case until the case is reinstated under rule 8.3.**

Judge's signature:  /s/ Jim Sharp
                ☑ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: <u>May 9, 2013</u>

November 7, 2008 Revision